# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2088

_____

Oscar David Ibanez

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

No. 18-2518

_____

Oscar David Ibanez

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 30, 2019
Filed: June 4, 2019
[Unpublished]

_____

Before BENTON, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Salvadoran citizen Oscar Ibanez petitions for review of two orders of the Board of Immigration Appeals. The first order denied him voluntary departure and cancellation of removal; the second order denied his motion to reopen and administratively close his removal proceedings.

After careful review, this court denies the petitions for review. *See* 8th Cir. R. 47B.

_____